UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

| | |
|---|---|
| RICHARD D. WYATT, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILIARLY SITUATED, <br><br> Plaintiff, <br><br> -against- <br><br> KIRSCHENBUM & PHILLIPS, PC A/K/A, KIRSCHENBAUM, PHILLIPS & LEVY, PC, ELLIOT PHILLIPS, IRWIN KIRSCHENBAUM, NEWBURYPORT CAPITAL LLC, AND JOHN DOE, BEING THE SUCCESSOR-IN-INTEREST TO NEWBURYPORT CAPITAL LLC, <br><br> Defendants. | Civil Action No. 2:17-cv-03712-ADS-ARL <br><br> FILED <br> IN CLERK'S OFFICE <br> U.S. DISTRICT COURT E.D.N.Y. <br><br> ★ JUL 19 2018 ★ <br><br> LONG ISLAND OFFICE |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against all Defendants with each party to bear its respective attorney's fees and costs incurred in this action.

/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107

/s/*Michael L. Kohl*
Michael L. Kohl, Esq.
34 Eagle Circle
Bohemia, NY 11716
(631) 219-1810
Attorney for Defendants

SO ORDERED: The Clerk of the Court is directed to close the case.

s/ *Arthur D. Spatt*                                 7/19/18
_____            _____
Arthur D. Spatt, U.S.D.J.                               Date